UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| KIM NAUGLE and AFRIKA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>-and-<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC., WAKEMED, and a Defendant Class of Facebook Partner Medical Providers,<br><br>Defendants. | Case No. 1:22-cv-00727-UA-JEP<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' AND META PLATFORMS, INC.'S JOINT MOTION TO SEVER AND TRANSFER CLAIMS AGAINST META PLATFORMS, INC. TO THE NORTHERN DISTRICT OF CALIFORNIA

On October 21, 2022, Plaintiffs Kim Naugle and Afrika Williams ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") filed a Joint Motion to sever and transfer Plaintiffs' claims against Meta to the Northern District of California (the "Motion"). GOOD CAUSE APPEARING, the Court hereby GRANTS the Motion.

Plaintiffs' claims against Meta—Counts One, Two, Three, Four, Five, Six, and Seven in the Complaint (Dkt. 1)—are hereby severed and transferred to the Northern District of California for consolidation with *In re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO. Plaintiffs' remaining claims against Duke University Health System, Inc., WakeMed, and the Defendant Class of Facebook Partner Medical Providers shall not be transferred.

**SO ORDERED.**

DATED: _____    _____
                                  Hon. Joi Elizabeth Peake
                                  United States Magistrate Judge