UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
1:22-CV-00727-UA-JEP

| | |
|---|---|
| KIM NAUGLE and AFRIKA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  -and-<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC., WAKEMED, and a Defendant Class of Facebook Partner Medical Providers,<br><br>  Defendants. | Case No. 1:22-cv-00727<br><br>Oral Argument Requested |

**DEFENDANT DUKE UNIVERSITY HEALTH SYSTEM, INC.'S
MOTION TO DISMISS CLASS ACTION COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Duke University Health System, Inc. ("DUHS") respectfully moves this Court to dismiss Plaintiffs' Class Action Complaint (Dkt. No. 1, "Complaint") as it relates to DUHS because Plaintiffs lack standing and fail to state a claim. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

MCGUIREWOODS LLP

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500

Raleigh, North Carolina 27601
Phone: 919.755.6600
Fax: 919.755.6699

BAKER & HOSTETLER LLP

Paul G. Karlsgodt (notice of special appearance forthcoming)
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

Elizabeth A. Scully (notice of special appearance forthcoming)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
escully@bakerlaw.com

*Attorneys for Duke University Health System, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this **8th of November 2022**, I electronically filed the foregoing **MOTION TO DISMISS CLASS ACTION COMPLAINT** with the Court using the CM/ECF system, which will automatically serve all attorneys of record via the Courts CM/ECF System.

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)