UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
1:22-CV-00727-UA-JEP

| | |
|---|---|
| KIM NAUGLE and AFRIKA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br> -and-<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC., WAKEMED, and a Defendant Class of Facebook Partner Medical Providers,<br><br>   Defendants. | Case No. 1:22-cv-00727 |

**[PROPOSED] ORDER GRANTING DEFENDANT DUKE UNIVERSITY HEALTH SYSTEM, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

This matter is before the Court on Defendant Duke University Health System, Inc.'s Motion to Dismiss Class Action Complaint ("Motion"). The Court has considered the facts and arguments in support of and in opposition to the Motion and has determined that Plaintiffs lack standing and fail to state claims upon which relief can be granted, so dismissal is appropriate under Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure.

Therefore, it is hereby ORDERED that the Motion is GRANTED, and the Class Action Complaint (Dkt. No. 1) is DISMISSED as to Defendant Duke University Health

System, Inc.

SO ORDERED by the Court this _____ day of _____, 2022.

_____
United States District Judge