UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIM NAUGLE and AFRIKA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>-and-<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC., WAKEMED, and a Defendant Class of Facebook Partner Medical Providers,<br><br>Defendants. | Case No. 1:22-CV-00727-UA-JEP |

### DEFENDANT WAKEMED'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

COMES NOW Defendant WakeMed Health and Hospitals ("WakeMed") and, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and other applicable law, moves to dismiss all of Plaintiffs' claims brought against WakeMed in their Class Action Complaint because each claim fails to state a claim upon which relief can be granted. In support of its Motion to Dismiss, WakeMed relies on the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted this 8th day of November, 2022.

/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. Bar No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: (919) 862-2200
Fax: (919) 862-2260
matt.mcguire@alston.com

*Counsel for Defendant WakeMed Health and Hospitals*

2

## CERTIFICATE OF SERVICE

I certify that on November 8, 2022, I electronically filed the foregoing **DEFENDANT WAKEMED'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which automatically provides electronic notice to all counsel of record.

/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. Bar No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: (919) 862-2200
Fax: (919) 862-2260
matt.mcguire@alston.com

*Counsel for Defendant WakeMed Health and Hospitals*