| | |
|---|---|
| KIM NAUGLE and AFRIKA WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    -and-<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC., WAKEMED, and a Defendant Class of Facebook Partner Medical Providers,<br><br>        Defendants. | CASE NO. 1:22-cv-00727-UA-JEP<br><br><br><br>**NOTICE OF SPECIAL APPEARANCE OF ELIZABETH A. SCULLY** |

Pursuant to Local Civil Rule 83.l(d), the following attorney provides notice to the Court and all parties that she will appear as counsel in this action behalf of Defendant Duke University Health System, Inc.:

        Elizabeth A. Scully
        Baker & Hostetler LLP
        Washington Square, Suite 1100
        1050 Connecticut Avenue, N.W.
        Washington, DC  20036-5304
        Telephone: 202) 861-1500
        escully@bakerlaw.com

Please direct all future filings, correspondence, notices and other communication regarding this matter to this attorney.

In accordance with Local Rule 83.l(d), this attorney appears in association with Mark E. Anderson, a member of the bar of this Court.

This 18th day of November 2022.

/s/ Elizabeth A. Scully
Elizabeth A. Scully
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
escully@bakerlaw.com

/s/Mark E. Anderson
Mark E. Anderson (Bar No. 15764)
McGuire Woods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

*Attorneys for Defendant Duke University Health System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th of November 2022**, the foregoing **Notice of Special Appearance of Elizabeth A. Scully** with the Court using the CM/ECF system which will automatically serve all attorneys of record via the Courts CM/ECF System.

/s/ Mark E. Anderson
Mark E. Anderson (Bar No. 15764)

2