# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA
# 1:22-CV-00727-UA-JEP

| | |
|---|---|
| AFRIKA WILLIAMS, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>        Defendant. | Case No. 1:22-cv-00727 |

### DEFENDANT DUKE UNIVERSITY HEALTH SYSTEM, INC.'S
### RESPONSE TO PLAINTIFF'S JURISDICTIONAL POSITION STATEMENT

In response to the Plaintiff's Jurisdictional Position Statement filed on April 15, 2024 (ECF No. 58), Defendant Duke University Health System, Inc. ("DUHS") states that it does not dispute the Plaintiff's position that the matter should proceed for now in this Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(b).

                                              MCGUIREWOODS LLP

                                              */s/ Mark E. Anderson signed with*
                                              *permission by Elizabeth Scully*
                                              Mark E. Anderson (Bar No. 15764)
                                              manderson@mcguirewoods.com
                                              501 Fayetteville Street, Suite 500
                                              Raleigh, North Carolina 27601
                                              Phone:  919.755.6600
                                              Fax:  919.755.6699

                                              BAKER & HOSTETLER LLP

                                              */s/ Elizabeth Scully*
                                              Elizabeth A. Scully (by special appearance)

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
escully@bakerlaw.com

Paul G. Karlsgodt (by special appearance)
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for Duke University Health System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **6th of May 2024**, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S JURISDICTIONAL STATEMENT** with the Court using the CM/ECF system, which will automatically serve all attorneys of record via the Courts CM/ECF System.

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (by special appearance)