# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Kim Naugle, et al

    v.                                                                          Case Number: 1:22CV00727

Meta Platforms, Inc., et al

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/re**set** as indicated below:

        **PLACE:**    Hiram H. Ward Bldg.
                                251 N. Main St., Winston-Salem, NC
**COURTROOM NO.:**    3
 **DATE AND TIME:**    July 18, 2024 at 9:30 a.m.
     **PROCEEDING:**    Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes **L.R. 5.4 & 5.5.** **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: May 30, 2024

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD