UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AFRIKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22CV00727 |
| | ) |
| DUKE UNIVERSITY HEALTH SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #65] and Joint Local Rule 5.5 Report [Doc. #64]. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court will allow the Parties' request for discovery to commence October 10, 2024. The Court notes that all discovery must be completed by July 10, 2025, and that deadline may not be altered by agreement of the parties absent a Court Order.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #65] and Joint Local Rule 5.5 Report [Doc. #64] are approved as submitted and as noted herein.

This, the 16th day of July 2024.

Joi Elizabeth Peake
United States Magistrate Judge