UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AFRIKA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22CV727 |
| | ) | |
| DUKE UNIVERSITY HEALTH | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on a Joint Motion for Extension of Time [Doc. #68] requesting an extension of time to conduct mediation. The Court finds good cause to allow the requested extension of time to conduct mediation. In light of that extension, the Court will extend the other discovery deadlines as requested. However, the Court does not anticipate further extension of those deadlines, and the Parties should plan accordingly.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #68] is GRANTED, and the deadline for conducting mediation is extended to December 10, 2024, with a deadline of February 18, 2025 to request leave to amend the pleadings or add parties, and a deadline of September 20, 2025 for the completion of all discovery.

This, the 7th day of October, 2024.

Joi Elizabeth Peake
United States Magistrate Judge