IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| AFRIKA WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>        Defendant. | Case No. 1:22CV00727 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Under Federal Rule of Civil Procedure 23(e), Plaintiff Afrika Williams ("Plaintiff") respectfully moves this Court to enter the proposed Order Granting Preliminary Approval of Class Action Settlement that would (1) preliminarily approve the proposed Settlement Agreement pursuant to Fed. R. Civ. P. 23(c) and (e); (2) preliminarily and conditionally certify the proposed Settlement Class; (3) approve the proposed Class Notice; (4) preliminarily approve Class Counsel and Plaintiff to represent the Settlement Class; and (5) schedule a Final Approval Hearing to consider final approval of the proposed Settlement, and approval of attorneys' fees, costs, and Service Awards.

1

Respectfully submitted this 2nd day of May 2025,

          /s/ *James Harrell*
          James Harrell
          Peter H. Burke
          **CR LEGAL TEAM, LLP**
          2400 Freeman Mill Road, Suite 200
          Greensboro, NC 27406
          Telephone: (366) 333-9899
          phburke@crlegalteam.com
          jrharrell@crlegalteam.com

          Kate M. Baxter-Kauf
          Karen Hanson Riebel
          Maureen Kane Berg
          **LOCKRIDGE GRINDAL NAUEN PLLP**
          100 Washington Avenue South, Suite 2200
          Minneapolis, MN 55401
          Telephone: (612) 339-6900
          kmbaxter-kauf@locklaw.com
          khriebel@locklaw.com
          mkberg@locklaw.com

          *Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2025, I served a copy of the foregoing via electronic filing in the ECF system.

                                                */s/ James Harrell*
                                                James Harrell