IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
AFRIKA WILLIAMS,                )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:22-cv-727
                                )
DUKE UNIVERSITY HEALTH          )
SYSTEM, INC.,                   )
                                )
          Defendant.            )
```

**ORDER**

This court's Order, (Doc. 77) filed on January 8, 2026 granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, (Doc. 75), was inadvertently filed and shall be struck from the record and shall have no further force or effect.

**IT IS HEREBY ORDERED** that this court's Order, (Doc. 77), is **STRUCK** and of no further effect. The hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, (Doc. 75), shall proceed as scheduled on Friday, January 16, 2026 at 10:00 a.m. and an appropriate order entered thereafter.

This the 12th day of January, 2026.

_____
United States District Judge